UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, N.A., as successor in interest to RBC Bank (USA), as successor in interest to Community Bank of Naples, N.A.,

      Plaintiff,

v.                                                  Case No:   2:13-cv-247-FtM-38UAM

DBAK HOLDINGS, LLC, PARKER COMMONS OFFICE PARK CONDOMINIUM ASSOCIATION INC., UNKNOWN OCCUPANTS, n/k/a U.S. Health Advisors, and UNKNOWN OCCUPANTS,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court on PNC Bank's Notice of Voluntary Dismissal Without Prejudice as to the Unknown Occupants (Doc. #52) filed on December 13, 2013. Pursuant to Federal Rule 41(a), Plaintiff voluntarily dismisses this action, without prejudice. The Court notes that no unknown occupant has served an answer nor filed a motion for summary judgment in this matter.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(1) This matter is **DISMISSED without prejudice** pursuant to PNC Bank's Notice of Voluntary Dismissal Without Prejudice as to Defendant Unknown Occupants (Doc. #52), with each party to bear its own attorneys' fees and costs.

(2) The Clerk shall withhold the entry of judgment until the conclusion of this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of December, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record