UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, N.A., as successor in interest to RBC Bank (USA), as successor in interest to Community Bank of Naples, N.A.,

       Plaintiff,

v.                          Case No:   2:13-cv-247-FtM-38UAM

DBAK HOLDINGS, LLC, PARKER COMMONS OFFICE PARK CONDOMINIUM ASSOCIATION INC., UNKNOWN OCCUPANTS, n/k/a U.S. Health Advisors, and UNKNOWN OCCUPANTS,

       Defendants.
_____/

## ORDER[1]

This matter comes before the Court on PNC Bank's Notice of Voluntary Dismissal Without Prejudice of Count III of the Amended Verified Complaint as to Parker Commons Office Park Condominium Association Inc. (Doc. #56) filed on December 30, 2013. Fed. R. Civ. P. 41(a)(1)(A) provides that an action may be dismissed by a plaintiff without order of the court by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.  Here, Defendant Parker Commons has appeared in this

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

action and filed an Answer. (Doc. #31). Therefore, Plaintiff must submit a stipulation signed by all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is now

**ORDERED:**

Plaintiff shall have up to and including **January 3, 2014**, to submit a stipulation of dismissal of Count III against Parker Commons.

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of December, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record